# ELECTRONIC RECORD

**1456-14**

COA #   01-14-00462-CR      OFFENSE:   10.01 (Habeas Corpus)

STYLE:   Ex parte Pho Ri Ma v.      COUNTY:   Harris

COA DISPOSITION:     AFFIRM      TRIAL COURT:   339th District Court

DATE: 09/25/2014      Publish: <u>NO</u>   TC CASE #:     1271246-A

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Ex parte Pho Ri Ma v.      CCA #:   **1456-14**

**APPELLANT'S**   Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE:   _____

_REFUSED_      JUDGE:   _____

DATE: _12/17/2014_      SIGNED: _____      PC: _____

JUDGE: _Per Curiam_      PUBLISH: _____      DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**